UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:26-cv-00295-SVW-MAA | Date: | September 14, 2026 |

Title: Savannah Messenger, et al. v. American Honda Motor Co., Inc., et al.

Present: The Honorable **STEPHEN V. WILSON, United States District Judge**

| | |
|---|---|
| Daniel Tamayo | c/s 9-14-2026 |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Thomas Joseph O'Reardon, II | Darlene Cho<br>Sarah Garbuzov |

**Proceedings:** MOTION to Dismiss or Strike the First Amended Complaint filed by Defendant [34]

Case called. The Court DENIES the Motion to dismiss [34]. Order to issue. The Court gives the parties 3 months to complete the discovery as discussed on the record. The Motion for Class Certification is to be filed 30 days thereafter.

: 7